```
 1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
       A Limited Liability Partnership
 2     Including Professional Corporations
    ROBERT J. STUMPF, JR., Cal. Bar No. 72851
 3  ROBERT J. URAM, Cal. Bar No. 122956
    Four Embarcadero Center, 17th Floor
 4  San Francisco, California  94111-4106
    Telephone:  415-434-9100
 5  Facsimile:  415-434-3947

 6  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| REDWOOD EQUITIES, L.P. and H.T. HARVEY & ASSOCIATES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendant. | Civil Action No. C 04 4676 FMS<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Pursuant to Rule 49(a)(1) of the Federal Rules of Civil Procedure, plaintiffs Redwood Equities, L.P. and H.T. Harvey & Associates hereby give notice that they are dismissing this action.

DATED: August 9, 2005

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
ROBERT J. STUMPF, Jr.

Attorneys for Plaintiffs
REDWOOD EQUITIES, L.P. and
H.T. HARVEY & ASSOCIATES

**GRANTED**
*Judge Susan Illston*